# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER EDWARD BROWN

NO. 2024 KW 0958

**DECEMBER 16, 2024**

---

In Re:  State of Louisiana, applying for supervisory writs, 22nd
Judicial District Court, Parish of St. Tammany, No.
615428.

---

**BEFORE:  GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.**

JMG
AHP
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT